IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUGH P. FRANKLIN III, et al., | : | CASE NO. 3:11 cv 00073 |
| Plaintiffs, | : | (District Judge Walter H. Rice) |
| v. | : | |
| MONGOMERY COUNTY, OHIO, et al., | : | **DISMISSAL ENTRY** |
| Defendants. | : | |

It appearing to the Court that this action has been fully settled and compromised by and between the parties;

It is therefore, ORDERED, that this action be, and is hereby, DISMISSED with prejudice. Costs to be paid by Plaintiff.

**APPROVED:**

*/s/ Walter H. Rice*

**WALTER H. RICE
UNITED STATES JUDGE**

s/KENNETH J. IGNOZZI
Kenneth J. Ignozzi, Esq.
Dyer, Garofalo, Mann & Schultz
131 North Ludlow Street, Suite 1400
Dayton, Ohio 45402
ATTORNEY FOR PLAINTIFF

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: s/VICTORIA E. WATSON
Victoria E. Watson, #0061406
Assistant Prosecuting Attorney
301 West Third Street, P.O. Box 972,
Dayton, Ohio 45422
Telephone: (937) 225-5705
E-mail: watsonv@mcohio.org
ATTORNEY FOR DEFENDANTS
MONTGOMERY COUNTY SHERIFF PHIL PLUMMER,
OFFICER D. COHN, SERGEANT S. D. PARIN, AND
OFFICER PAUL G. WHALEN


MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: s/JOHN A. CUMMING
John A. Cumming, #0018710
Assistant Prosecuting Attorney
301 West Third Street, P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 496-7797
Fax Number: (937) 225-4822
ATTORNEY FOR DEFENDANT
BOARD OF COUNTY COMMISSIONERS
OF MONTGOMERY COUNTY, OHIO